IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION, LLC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY HOLDINGS, INC. and SAMSUNG ELECTRONICS CO., LTD. <br><br> Defendants. | Civil Action No. 1:11-cv-4574 <br><br> Honorable Robert W. Gettleman |

**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff, Cascades Computer Innovation, LLC ("Cascades"), files this Amended Complaint and alleges the following:

**NATURE OF THE SUIT**

1. This is a suit for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code § 1 et seq. This Court has exclusive jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1338(a).

**PARTIES**

2. Cascades is an Illinois limited liability company having its principal place of business at 500 Skokie Boulevard, Suite 350, Northbrook, IL 60062.

3. Defendant Motorola Mobility Holdings, Inc. ("Motorola") is a Delaware corporation headquartered at 600 N. U.S. Highway 45, Libertyville, Illinois 60048.

4. Samsung Electronics Co., Ltd. ("Samsung") is a foreign corporation with corporate headquarters at 250, 2-ga, Taepyung-ro, Jung-gu, Seoul 100-742, Republic of Korea.

5. Cascades' claim for patent infringement against Defendants arises under the patent laws of the United States, including 35 U.S.C. §§271 and 281. Consequently, this Court has original subject matter jurisdiction over this suit pursuant to 28 U.S.C. §§1331 and 1338.

6. Motorola sells products throughout the United States and conducts substantial business in this judicial district, including providing the products accused of infringement in this judicial district. Motorola maintains its headquarters in this judicial district and also maintains retail sales offices in this judicial district.

7. Motorola is subject to both specific and general personal jurisdiction of this Court because, among other things, it has established continuous and systematic contacts with Illinois and in this judicial district; it has committed acts within Illinois and this judicial district giving rise to this action, and it has minimum contacts with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice. As an example, Motorola has established distribution networks placing products that are covered by claims of Cascades' '750 patent into the stream of commerce such that those products flow into Illinois and this district. Motorola has also committed acts of patent infringement and/or contributed to others' acts of patent infringement within this district.

8. Samsung sells products throughout the United States and conducts substantial business in this judicial district, including providing the products accused of infringement in this judicial district.

9.     Samsung is subject to both specific and general personal jurisdiction of this Court because, among other things, it has established continuous and systematic contacts with Illinois and in this judicial district; it has committed acts within Illinois and this judicial district giving rise to this action, and it has minimum contacts with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.  As an example, Samsung has established distribution networks placing products that are covered by claims of Cascades' '750 patent into the stream of commerce such that those products flow into Illinois and this district. Samsung has also committed acts of patent infringement and/or contributed to others' acts of patent infringement within this district.

10.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and/or 1400(b).

**PATENT AT ISSUE**

11.     On June 20, 2006, United States Patent No. 7,065,750 ("the '750 patent"), entitled "Method and Apparatus for Preserving Precise Exceptions in Binary Translated Code," was duly and legally issued by the United States Patent and Trademark Office. Cascades owns the exclusive license and right to sue for past, present and future infringement of the '750 Patent.

12.     Motorola is now and has been infringing and/or contributorily infringing the '750 patent, literally and under the doctrine of equivalents, by, among other things, using, offering to sell, selling, re-selling and/or importing products that are covered by one or more claims of the '750 patent.  Such infringing products include, but are not limited to, cell phone products such as its Motorola Droid[3] smartphones.  An illustrative claim chart demonstrating how Motorola practices the method of claim 15 of the '750

patent using the Motorola Droid$^3$ smartphone with its Android operating system and software is attached as Exhibit A. Other Motorola products that use the Android operating system and software infringe in the same way. Further, Motorola is a contributory infringer of the '750 patent because it knew and now knows that the steps of the claimed method described in claim 15, for example, were carried out by users of Motorola's phones, such as the Droid$^3$ smartphone, as well as its tablets that employ Android operating systems and software. The Motorola phones and tablets using the Android operating system and software are specially designed and made to use the Android operating system and software and, thus, to practice, for example, the method of claim 15 of the '750 patent.

13. Motorola makes the DROID$^3$ cellular telephone.

14. Motorola DROID$^3$ phone includes both hardware and software components.

15. Motorola imports, sells, and offers to sell the DROID$^3$ phone to customers in the United States.

16. Motorola customers use the DROID$^3$ phones in the United States.

17. The Motorola DROID$^3$ phone:

   a. includes a binary translation system.

   b. includes an optimizing translator.

   c. includes a binary translated code translated from foreign code.

   d. designates a set of recovery points in the optimized binary translated code during optimized translation of the foreign code.

   e. generates a set of documentations during the optimized translation of the foreign code.

18. The Motorola DROID$^3$ phone uses one of the documentations in the set of documentations corresponding to executed optimized binary translated code when an exception arises during its execution to recover a foreign state corresponding to a recovery point for the exception.

19. The Motorola DROID$^3$:

   a. includes a non-optimizing foreign code execution module.

   b. includes a non-optimizing foreign code execution module dedicated to foreign state for each binary operation executed.

   c. includes an optimizing binary translator.

   d. includes a binary translator configured to translate foreign binary operations into optimized sequences of host operations.

   e. includes a host CPU.

   f. includes a host CPU configured to execute host operations.

   g. includes a host CPU to execute the host operations.

   h. includes a documentation generator.

   i. includes a document generator configured to generate a set of documentations for optimized sequences of host operations.

   j. includes a documentation tracker.

   k. includes a documentation tracker configured to record host operation addresses at appointed points of the host operation sequences being executed.

   l. includes a recovery mechanism.

  m. includes a recovery mechanism configured to select a documentation in the set of documentations using a host operation address corresponding to the selected documentation.

 20. Samsung is now and has been infringing and/or contributorily infringing the '750 patent, literally and under the doctrine of equivalents, by, among other things, using, offering to sell, selling, re-selling and/or importing products that are covered by one or more claims of the '750 patent. Such infringing products include, but are not limited to, cell phone products such as its Samsung Nexus S smartphones. An illustrative claim chart demonstrating how Samsung practices the method of claim 15 of the '750 patent using the Samsung Nexus S smartphone with its Android operating system and software is attached as Exhibit B. Other Samsung products that use the Android operating system and software infringe in the same way. Further, Samsung is a contributory infringer of the '750 patent because it knew and now knows that the steps of the claimed method described in claim 15, for example, were carried out by users of Samsung's phones, such as the Nexus S smartphone, as well as its tablets that employ Android operating systems and software. The Samsung phones and tablets using the Android operating system and software are specially designed and made to use the Android operating system and software and, thus, to practice, for example, the method of claim 15 of the '750 patent.

 21. Samsung makes the Nexus S cellular telephone.

 22. Samsung's Nexus S phone includes both hardware and software components.

 23. Samsung imports, sells, and offers to sell the Nexus S phone to customers in the United States.

24. Samsung customers use the Nexus S phones in the United States.

25. The Samsung Nexus S phone:

   a. includes a binary translation system.

   b. includes an optimizing translator.

   c. includes a binary translated code translated from foreign code.

   d. designates a set of recovery points in the optimized binary translated code during optimized translation of the foreign code.

   e. generates a set of documentations during the optimized translation of the foreign code.

26. The Samsung Nexus S phone uses one of the documentations in the set of documentations corresponding to executed optimized binary translated code when an exception arises during its execution to recover a foreign state corresponding to a recovery point for the exception.

27. The Samsung Nexus S:

   a. includes a non-optimizing foreign code execution module.

   b. includes a non-optimizing foreign code execution module dedicated to foreign state for each binary operation executed.

   c. includes an optimizing binary translator.

   d. includes a binary translator configured to translate foreign binary operations into optimized sequences of host operations.

   e. includes a host CPU.

   f. includes a host CPU configured to execute host operations.

   g. includes a host CPU to execute the host operations.

   h. includes a documentation generator.

      i. includes a document generator configured to generate a set of documentations for optimized sequences of host operations.

      j. includes a documentation tracker.

      k. includes a documentation tracker configured to record host operation addresses at appointed points of the host operation sequences being executed.

      l. includes a recovery mechanism.

      m. includes a recovery mechanism configured to select a documentation in the set of documentations using a host operation address corresponding to the selected documentation.

## PRAYER FOR RELIEF

WHEREFORE, Cascades prays for the following relief:

A. A judgment finding Motorola and Samsung have each infringed and contributorily infringed the '750 patent;

B. A judgment that the '750 patent is valid and enforceable;

C. A permanent injunction enjoining Motorola and Samsung, their agents, officers, assigns and others acting in concert with them, from infringing, inducing infringement of, and/or contributing to infringement of the '750 patent;

D. An award of damages adequate to compensate Cascades for the infringement of the '750 patent that has occurred;

E. An award of pre-judgment interest and post-judgment interest on the damages awarded;

- 9 -

F. A determination that this is an exceptional case and an award of Cascades' attorneys' fees pursuant to 35 U.S.C. § 285 and any other applicable statute or law, and an award to Cascades of its costs; and,

G. Such other relief as the Court deems equitable under the circumstances.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable to a jury.

/s/ Raymond P. Niro
Raymond P. Niro (rniro@nshn.com)
Arthur A. Gasey (gasey@nshn.com)
Paul C. Gibbons (gibbons@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Cascades Computer Innovation, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2011 the foregoing

**AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

was filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing.

    I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Raymond P. Niro
Attorneys for Cascades Computer Innovation, LLC