## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-04574 |
|---|---|
| Cascades Computer Innovation, LLC.<br>vs,<br>Motorola Mobility Holdings, Inc.<br>and Samsung Electronics Co., Ltd. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Samsung Electronics Co., Ltd.

| NAME (Type or print) |  |
|---|---|
| Christian Chadd Taylor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| Kirkland & Ellis LLP | |
| STREET ADDRESS | |
| 555 California Street, 27th Floor | |
| CITY/STATE/ZIP | |
| San Francisco, CA 94104 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6226216 | 415-439-1823 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |