IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION, LLC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY, INC., and SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendants. | Civil Action No. 11-cv-4574 <br><br> Honorable Robert W. Gettleman <br> Honorable Sidney I. Schenkier |

## SCHEDULING ORDER

Pursuant to the reasons stated in open court during the July 11, 2012 hearing, the Court hereby enters the following case schedule:

| Event | Due Date |
|---|---|
| Answer Due | 6/12/12 |
| 26(f) Report Due | 6/19/12 |
| Initial Disclosures Due (LPR 2.1) and Fact Discovery Commences (LPR 1.3) | 6/26/12 |
| Initial Infringement Contentions (LPR 2.2) | 7/11/12 |
| Initial Noninfringement, Unenforceability and Invalidity Contentions (LPR 2.3) | 7/31/12 |
| Initial Response to Invalidity Contentions (LPR 2.5) | 8/14/12 |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1, modified to accommodate third party discovery) | 3/19/13 |
| Final Date to Amend the Pleadings | 3/26/13 |
| Final Noninfringement, Enforceability and Validity Contentions (LPR 3.2) and final date to seek stay pending reexamination (LPR 3.5) | 4/16/13 |
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1) | 4/30/13 |
| Meet and confer to select 10 terms to be presented to Court for construction (LPR 4.1b) | 5/7/13 |
| Initial Close of Fact Discovery (LPR 1.3) | 6/4/13 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a) | 7/9/13 |

| Event | Due Date |
|---|---|
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 8/7/13 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 8/20/13 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 8/27/13 |
| Claim Construction Hearing (LPR 4.3) | 9/17/13 |
| Claim Construction Ruling (and reinstatement of fact discovery) | TBD |
| Close of Fact Discovery-Final (LPR 1.3) | TBD: 42 days after entry of claim construction ruling |
| Initial Expert Reports (LPR 5.1b) | TBD: 21 days after final close of fact discovery |
| Rebuttal Expert Reports (LPR 5.1c) | TBD: 35 days after initial expert reports |
| Depositions of Experts (LPR 5.2) | TBD: completed 35 days after exchange of rebuttal reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | TBD: 28 days after end of expert discovery |
| Status Hearing | TBD: 20 weeks after filing dispositive motions |

SO ORDERED.

DATED: 07/13/12

Honorable Sidney I. Schenkier
U.S. Magistrate Judge