# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cascades Computer Innovation, LLC

                                              Plaintiff,

v.                                                                             Case No.: 1:11–cv–04574
                                                                             Honorable Matthew F. Kennelly

Samsung Electronics Co Ltd, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 8/27/2015. Defendant Samsung's motion for judgment [341] and renewed motion for judgment [387] are denied for the reasons stated in open court. Motion to supplement [378] is terminated. Plaintiff's motion for judgment on validity [376] is denied for reasons stated in open court. The Court made rulings on some aspects of the newly filed motions in limine [374], [390], and [396], and the remainder of those motions will be addressed by the court in due course. Jury trial remains set for 9/15/2015 at 9:45 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.