## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

CASCADES COMPUTER INNOVATION, LLC,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.,

Defendant(s).

Case No. 11 C 4574
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered on the jury's verdict as follows:

Claims 1 and 15 of U.S. Patent No. 7,065,750 are not invalid. Defendant Samsung Electronics Co., Ltd. does not infringe claims 1 and 15 of U.S. Patent No. 7,065,750. Plaintiff Cascades Computer Innovation, LLC takes nothing from defendant Samsung Electronics Co., Ltd.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☐ decided by Judge         on a motion         .

Date: 9/21/2015                                 Thomas G. Bruton, Clerk of Court

                                                Pamela J. Geringer, Deputy Clerk