**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Cascades Computer Innovation, LLC, | |
| Plaintiff, | |
| v. | Civil Action 1:11-cv-4574 |
| Samsung Electronics Co., Ltd., | The Hon. Matthew F. Kennelly |
| Defendant. | |

**DEFENDANT SAMSUNG'S AMENDED BILL OF COSTS PURSUANT TO THE COURT'S FEBRUARY 16, 2016 ORDER (DKT. NO. 453)**

Pursuant to the Court's Memorandum Opinion and Order ("Order") dated February 16, 2016, Samsung Electronics Co., Ltd. ("Samsung") respectfully submits an updated bill of costs with a recalculated cost of court reporter fees in accordance with the Court's order. *See* Dkt. 453 at p. 18. The Court ordered Samsung to recalculate the court reporter's rate using at the "regular-delivery rate." Pursuant to the Court's order, Samsung has recalculated the court reporter's transcription rate using the Ordinary 30-day delivery rate, which is $3.65 per page. (*See* https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_clerksoffice/rules/admin/pdf-orders/General%20Order%2012-0003%20-%20Transcript%20Copy%20Rates.pdf). The recalculated court reporter costs at this rate is $4,204.80.[1] The amended total costs, including the recalculated cost of court reporter fees from the September trial, sum to $60,197.29. (Dkt. 453 at p. 18). Attached as Exhibit A is an amended bill of costs to reflect the Court's order and Samsung's recalculated court reporter fees.

Dated: February 22, 2016

Respectfully submitted,

By:     /s/ *Luke L. Dauchot*
Luke L. Dauchot
Craig D. Leavell
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
luke.dauchot@kirkland.com
(312) 862 9292
craig.leavell@kirkland.com
(312) 862 2015

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor

---

[1] This total is calculated based on $3.65/page and 1,152 pages of transcript for the September trial. *See* Dkt. 434-5 at p. 20.

San Francisco, CA 94104
brandon.brown@kirkland.com
(415) 439-1670

*Attorneys for Defendant Samsung Electronics Co., Ltd.*

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on February 22, 2016, I caused to be electronically filed the foregoing **SAMSUNG'S MEMORANDUM IN SUPPORT OF ITS BILL OF COSTS** with the Clerk of the Court for the Northern District of Illinois using the ECF System, which will send notification to counsel of record.

By: */s/ Luke L. Dauchot*
Luke L. Dauchot
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
luke.dauchot@kirkland.com
(312) 862 9292
*Attorney for Defendant Samsung Electronics Co., Ltd.*